1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CURTIS J. VOIGHT,                           No.  2:16-cv-0732 WBS CKD P

12                   Petitioner,

13         v.                                      ORDER

14    M.E. SPEARMAN, et al.,

15                   Respondents.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On August 12, 2016, the magistrate judge filed findings and recommendations herein

21    which were served on petitioner and which contained notice to petitioner that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Petitioner has filed

23    objections to the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26    court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  Respondent's motion to dismiss (ECF No. 11) is granted;

3        2.  Petitioner's application for a writ of habeas corpus is dismissed;

4        3.  This case is closed; and

5        4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. §

6    2253.

7    Dated:  September 14, 2016

8    _____
     WILLIAM B. SHUBB
9    UNITED STATES DISTRICT JUDGE

10

11

12   voi0732.jo

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2